Jonathan P. NEW; Robert E. Stroupe, II; Michael P. Trouard; Scott M. Walle; Brock L. Whitson, Plaintiffs–Appellees,

v.

Horace FLEMING, et al, Defendants,

Randy Johnson, In His Official and Individual Capacities, Defendant–Appellant.

No. 02–60712
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 17, 2003.

Pamela Wescovich, Wescovich Law Office, Long Beach, MS, William Watson Dreher, Jr., Gulfport, MS, for Plaintiffs–Appellees.

Peter Watkins Cleveland, for Defendant–Appellant.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM:*

Randy Johnson appeals the denial of his motion for summary judgment in this action under 42 U.S.C. § 1983 and Mississip-

---

pi state law brought by the plaintiffs Jonathan P. New, Robert E. Stroupe, Michael P. Trouard, Scott M. Walle, and Brock L. Whitson. He argues that the district court erred by denying his summary judgment motion on the merits of his qualified immunity defense.

We must determine the basis of our jurisdiction, on our own motion, if necessary. *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). "[O]rders denying qualified immunity are immediately appealable only if they are predicated on conclusions of law, and not if a genuine issue of material fact precludes summary judgment on the question of qualified immunity." *Palmer v. Johnson,* 193 F.3d 346, 351 (5th Cir.1999). Because genuine issues of material fact are disputed, precluding a determination that the appellant should enjoy qualified immunity, we lack jurisdiction to consider the instant appeal. The appeal is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.